In the Matter of James Taylor, an Attorney.— Proceedings referred to Paul Grout, Esq., to investigate and report with his opinion, and Edward A. Freshman, Esq., as representative of the Brooklyn Bar Association, assigned to prosecute.   Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

William C. Jones, Appellant, v. Frank Seaman and William C. Smith, Respondents.— Motion to resettle order denied, without costs.   Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Adam Lamb, Respondent, v. Henry C. Friedman, Appellant.— Motion to set aside default and restore case to calendar denied, with costs.   Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Charles A. McInerney, Appellant, v. Louis Brown, Respondent.— Motion for reargument denied, with costs.   Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

James A. McKinley, Respondent, v. Susan Hessen, Appellant.— Motion for restitution denied, without costs, and proceedings stayed on condition that the plaintiff file a bond in the sum of $10,000.   Present — Jenks, Burr, Thomas, Rich and Carr, JJ.   Settle order before Mr. Justice Jenks.

Brunson B. Monypeny and Another, Appellants, v. William Monypeny and Others, Respondents.— Motion for resettlement of order denied, with costs. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Michael O'Dwyer, as Trustee in Bankruptcy, etc., Appellant, v. Castle Square Opera Company, Respondent.— Motion to dismiss appeals denied, without costs. Present — Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ.

Lawrence Ostrander, Suing as a Poor Person, and by Peter W. Ostrander, His Guardian ad Litem, Respondent, v. Ezra Musselman, Appellant.— Motion for reargument of motion to dismiss appeal herein denied, with costs.   Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company, Appellant, v. James Gourley and Others, etc., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Jenks, Rich and Carr, JJ.   Settle order on notice before Mr. Justice Thomas.

Hugh Rice, Respondent, v. MacArthur Brothers Company and Others, Appellants.— Motion denied, with ten dollars costs.   Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Isaac Salmon, Appellant, v. Benjamin Troupiansky, Respondent.— Motion to dismiss appeal granted, with costs, unless appeal is perfected and case placed on April calendar for argument; on compliance, motion denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

Isaac Salmon, Appellant, v. Benjamin Troupiansky, Respondent.— Motion to dismiss appeal granted, with costs, unless appeal is perfected and case placed on April calendar for argument; on compliance, motion denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

The Saint Mark's African Methodist Episcopal Church on Union Avenue, at Elmhurst, Borough of Queens, City and State of New York, Appellant, v. William Bruggemann and Others, Respondents.— Motion to dismiss appeal granted;